IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Search of | ) *MAJ* |
| 1937 14th Street, N.W., # 201 | ) ~~Misc.~~ No. 07 - 468 M |
| Washington, D.C. | ) |

**FILED**
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SEAL AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The United States of America, by and through its attorney, Jeffrey A. Taylor, United States Attorney for the District of Columbia, hereby moves this Court to order and direct that the affidavit filed in support of the above-captioned matter be SEALED for the following reasons.

The investigation underlying the above-captioned matter is currently ongoing. The affidavit sets forth significant information concerning the investigation, including information that may identify, and jeopardize the safety of, a confidential witness being utilized in the investigation. Sealing of the affidavit is necessary to protect the identity of witnesses and to preserve the secrecy of the ongoing investigation.

WHEREFORE, it is respectfully requested that the affidavit in support of the search warrant in the above-captioned matter and the instant motion be SEALED and remain sealed until the completion of the criminal investigation, or until further order of the Court, except that the Clerk's Office shall provide a copy of the affidavit and accompanying warrant to the U.S. Attorney's Office upon request.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

By: _____
Amy Jeffress
Assistant United States Attorney
D.C. Bar No. 449258
National Security Section
555 Fourth Street NW, Room 11-435
Washington, DC 20530
(202) 514-7624

SO ORDERED this __19__ day of September, 2007.

_____
United States Magistrate Judge
John M. Facciola
U.S. Magistrate Judge