AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1937 14th Street NW, # 201, Washington DC

**FILED**

**SEP 2 4 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**SEARCH WARRANT**

CASE NUMBER. 07-468 M

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Daniel W. Spotts__ who has reason to believe that
(name, description and or location)

within the premises of 1937 14th Street NW, # 201,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___September 29 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___9/19/07___
Date and Time Issued

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ John M. Facciola_
Signature of Judicial Officer

#07-468M

1937 14th ST NW, #201, WASHINGTON DC 20009

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 9/19/07 | DATE AND TIME WARRANT EXECUTED 9/20/07 @ APPROX. 0655 HRS | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH NO INDIVIDUAL PRESENT / LEFT @ SITE |
| INVENTORY MADE IN THE PRESENCE OF S/A SCOTT FELL (ICE), S/A TIM TAUCHER (ICE), IA ROXANNE SIMMS | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT  S/A KEELIE MAIDEN (ICE) | | |

- SEE ATTACHED "DETAIL INVENTORY LISTING OF ALL ITEMS AT SEARCH WARRANT SITE." INVENTORY LISTING INCLUDES:

1) DELL CPU (1)
2) MISC./FINANCIAL DOCUMENTS (7 BOXES)
3) US CURRENCY ($1,716.00)
4) PANASONIC FAX MACHINE (1)
5) CREDIT CARD MACHINE (1)

(SEF)

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X  Scott Fell
   SCOTT E. FELL (DHS/ICE)

Subscribed, sworn to, and returned before me this date.

_John M. Facciola_  9/24/07.
U.S Judge or Magistrate    Date

FILED
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:** 1937 14th Street NW Apt 201 Washington, D.C

Business of Mohammad ASHAN

**Investigation Number:** BA02ZM03

**Starting Date and Time:** 09/20/2007 06:55 AM

**Ending Date and Time:** 09/20/2007 08:10 AM

**Report Date:** Thursday, September 20, 2007

---

**Control #:** 1
**Location:** C
**Found:** on side of desk
**Description:** Seized Per Warrant    dell cpu dell deminension 2400 serial # CN0R2034-42940-4B8-03NB
**Evidence Box:** 1
**Locator Code:** Room C

---

**Control #:** 2
**Location:** Desk Area
**Found:** Cabinet drawers
**Description:** Seized Per Warrant    financial reccords
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 3
**Location:** Desk Area
**Found:** Cabinet drawers
**Description:** Seized Per Warrant    financial documents
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 4
**Location:** Desk Area
**Found:** cabinet drawers
**Description:** Seized Per Warrant    financial docuements
**Evidence Box:** 4
**Locator Code:**

---

**Control #:** 5
**Location:** Office Area
**Found:** various locations
**Description:** Seized Per Warrant    misc documents bank records, telelphone records, tax records
**Evidence Box:** 5
**Locator Code:**

---

**Control #:** 6
**Location:** Desk Area
**Found:** computer desk floor
**Description:** Seized Per Warrant    financial records
**Evidence Box:** 6
**Locator Code:**

---

**Control #:** 7
**Location:** Desk Area
**Found:** computer desk floor
**Description:** Seized Per Warrant    financial documents
**Evidence Box:** 7
**Locator Code:**

| Control #: | 8 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Office Area | | Locator Code: | |
| Found: | various locations | | | |
| Description: | Seized Per Warrant | misc documents, (passwords for computer) | | |

| Control #: | 9 | | Evidence Box: | 566907 |
|---|---|---|---|---|
| Location: | C | | Locator Code: | |
| Found: | offic drawer | | | |
| Description: | Seized Per Warrant | U.S. Currency $1,716 | | |

| Control #: | 10 | | Evidence Box: | 10 |
|---|---|---|---|---|
| Location: | C | | Locator Code: | |
| Found: | on desk | | | |
| Description: | Seized Per Warrant | credit card machine first data fd 100 serial #lt0000070629 model #fd100 (with cords), fax machine pasnasonic Kfx-f130 serial #4ebhd265828 (with cords) | | |