## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In the Matter of Search of**                    :          **Case No.  07-468M (~~JF~~) *AK***
1937 14th Street, N.W., # 201                    :
**Washington, D.C.**                              :          **UNDERSEAL**          **FILED**

**NOV 0 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

**ORDER**

Based on the representations in the Government's Unopposed Motion To Unseal all

Papers and Proceedings, and to Permit Public Docketing of This Case, and finding that there is

good cause and basis therefor, it is this  *6* day of November, 2007, hereby

**ORDERED** that all pleadings, records and files in this case be UNSEALED, and that the

Criminal Clerk's office enter the case upon the public docket.

United States Magistrate Judge

Serve: D. Ames Jeffress
        Assistant United States Attorney
        D.C. Bar No. 449258
        National Security Section
        555 Fourth Street NW, Room 11-435
        Washington, DC 20530
        (202) 514-7624
        Amy.Jeffress@usdoj.gov